IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br><br>GRACE A. REISCHMAN,<br>　　　　Defendant,<br>and<br><br>SOUTH PIEDMONT COMMUNITY COLLEGE,<br>　　　　Garnishee. | CASE NO. 3:95CV70<br>(Financial Litigation Unit) |

## CONSENT ORDER OF CONTINUING GARNISHMENT

The parties, the United States of America, the defendant, and the garnishee, agree and stipulate as follows:

1. The defendant is Grace A. Reischman, ████████████████ whose last known address is: Monroe, NC 28112.

2. A civil judgment was entered against the defendant in this action where she was ordered to pay the amount of $8,133.42 plus interest and costs. The parties agree and stipulate that the total balance due is $32,295.02, as of October 16, 2008.

3. The garnishee has in its possession, custody or control property of the defendant in the form of wages paid to the defendant.

4. The defendant was served with the writ of garnishment on July 24, 2007 and the garnishee was served on July 24, 2007. Defendant, Grace A. Reischman, mailed a *Motion to Claim Exempt Property* to the United States on September 18, 2007 which was forwarded to the court and entered on behalf of the defendant on September 19, 2007. The garnishee filed an Answer on August 24, 2007; stating that at the time of the service of the Writ the garnishee had

in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

5.  The defendant waives her right to a hearing under said statute and any other process to which the defendant may be entitled under 28 U.S.C. §3001. et. seq.

6.  The defendant agrees and stipulates that her wages are subject to garnishment under 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Consent Order in Garnishment is proper.

7.  The parties agree and stipulate to the entry of a Consent Order of Continuing Garnishment against the non-exempt wages of the defendant. It is expressly agreed and stipulated to by the parties that the garnishee pay the plaintiff 15% per month of the defendant's wages and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this court. *See* 15 U.S.C. 1673.

8.  Payments should be made payable to the United States Department of Justice and mailed to United States Department of Justice, P.O. Box 70932, Charlotte, North Carolina, 28272-0932

9. The parties agree and stipulate that the plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Respectfully submitted,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

_____
JENNIFER A. YOUNGS
ASSISTANT UNITED STATES ATTORNEY
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

Agreed and Consented to:

_____
Grace A. Reischman
Defendant
Monroe, NC 28112
(704) 764-4466

_____
Registered Agent for Garnishee
South Piedmont Community College
Monroe, NC 28110
(704) 290-5859



Respectfully submitted,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

_____
JENNIFER A. YOUNGS
ASSISTANT UNITED STATES ATTORNEY
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

Agreed and Consented to:

_____
Grace A. Reischman
Defendant
Monroe, NC 28112
(704) 764-4466

_____
Registered Agent for Garnishee
South Piedmont Community College
Monroe, NC 28110
(704) 290-5859

SO ORDERED.

_____
**CARL HORN, III**
**UNITED STATES MAGISTRATE JUDGE**