IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW3:95CV70 |
| | ) | (Financial Litigation Unit) |
| GRACE A. REISCHMAN, D.C., | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| S. PIEDMONT COMM. COLLEGE, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF CONSENT ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Continuing Garnishment filed in this case against Defendant Grace A. Reischman, D.C. is DISMISSED.

SO ORDERED.

Signed: September 25, 2012

David S. Cayer
United States Magistrate Judge